DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**P.S.,**
Appellant,

v.

**MANAGED CARE OF NORTH AMERICA, INC.,**
Appellee.

No. 4D21-1690

[December 22, 2021]

Administrative appeal from the State of Florida, Agency for Health Care Administration Office of Fair Hearings; L.T. Case No. 21-FH0832.

P.S., Wellington, pro se.

Christopher B. Lunny and Brittany Adams Long of Radey Law Firm, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***